IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Maxim Integrated Products, Inc., | NO. C 09-00514 JW |
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| v. | |
| Richard Quintana, et al., | |
| Defendants. | |

Pursuant to the Court's July 16, 2009 Order Granting Plaintiff's Motion for Preliminary Injunction, it is hereby ORDERED that from the date of the July 16 Order until further instruction from the Court, Defendants, Richard Quintana and My-iButton, LLC, together with all of their officers, agents, servants, employees, representatives, attorneys and assigns, and all other persons, firms, or companies in active concert or participation with them, are preliminary enjoined from directly and indirectly:

Using the mark "My-iButton," "MY-IBUTTON," and any other variations thereof (a) in connection with Defendants' sales of portable or mobile electronic devices or "gizmos" with video and memory capabilities, and (b) in any print, broadcast, direct marketing, out-of-home advertising, internet advertising, or other advertising or marketing media related to Defendants' sales, marketing and advertising of said products.

Further, Defendants shall remove any and all advertising, videos, internet websites or other reviews within their control involved with or mention "My-iButton."

1    Plaintiff shall post a $40,000 bond within ten (10) days from the date of this Order.  The
2 parties are responsible for distributing a copy of this Order of the Preliminary Injunction to any
3 person in interest with them, so that all are aware of its terms.

5 Dated:  July 16, 2009

                                          JAMES WARE
                                          United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David P. Morales moraleslaw@sbcglobal.net
Lita Monique Verrier lverrier@rmkb.com
Michael J. Ioannou mioannou@rmkb.com

**Dated: July 16, 2009**                                      **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers
                                                                     Elizabeth Garcia
                                                                     Courtroom Deputy**

**United States District Court**
For the Northern District of California