1  MICHAEL J. IOANNOU (SBN 95208)
     mioannou@rmkb.com
2  LITA M. VERRIER (SBN 181183)
     lverrier@rmkb.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   50 W. San Fernando Street, Suite 1400
4  San Jose, CA  95113-2429
   Telephone:  (408) 287-6262
5  Facsimile:  (408) 918-4501

6  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.
7

**IT IS SO ORDERED AS MODIFIED**

*James Ware*

Judge James Ware

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  MAXIM INTEGRATED PRODUCTS,          CASE NO.  C09-00514 JW (PVT)
    INC., a Delaware Corporation,
13                                       **STIPULATED DISMISSAL PURSUANT
                     Plaintiff,          TO FEDERAL RULES OF CIVIL
14                                       PROCEDURE, RULE 41(A)**
    v.
15                                       Judge:  The Honorable James Ware
    RICHARD QUINTANA, individually, and
16  doing business as MY-iBUTTON, LLC;
    MY-iBUTTON, LLC, a Limited Liability
17  Company,

18                     Defendants.

19

20          Based on the stipulation of the parties hereto, by and through their counsel of record, it is

21  hereby agreed that the above-captioned matter be dismissed with prejudice pursuant to Federal

22  Rules of Civil Procedure, rule 41(a)(1), with this specific Court retaining jurisdiction to enforce

23  any and all terms of the Settlement Agreement, including the Exhibits thereto, and the agreed-

24  upon Judgment and Order for Permanent Injunction by Agreement.  This stipulation is part of the

25  parties' settlement of this action and is made upon the condition that each party bears its own

26  costs and attorneys' fees.

27  ///

28  ///

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5357070.1/LMV

Stipulated Dismissal Pursuant to FRCP, rule
41(a)(1); [Proposed] Order
C09-00514 JW (PVT)

1

**IT IS SO STIPULATED**.

2

3  Dated: August _6, 2009                      ROPERS, MAJESKI, KOHN & BENTLEY

4

5  By: /s/ Michael J. Ioannou
   MICHAEL J. IOANNOU

6  LITA M. VERRIER
   Attorneys for Plaintiff

7  MAXIM INTEGRATED PRODUCTS,
   INC.

8

9  Dated:  August __6, 2009                     THE MORALES LAW FIRM

10

11  By: /s/ David Morales
    DAVID MORALES

12  Attorney for Defendants RICHARD
    QUINTANA and MY-iBUTTON, LLC

13

14

15                     **ATTESTATION OF ELECTRONIC FILING**

16       As the attorney for Plaintiff, Maxim Integrated Products, Inc., I hereby attest that David

17  Morales, counsel for Defendants Richard Quintana and My-iButton, LLC, concurred in this

18  filing.

19

20  Dated: August 6, 2009                       ROPERS, MAJESKI, KOHN & BENTLEY

21

22  By: /s/ Michael J. Ioannou
    MICHAEL J. IOANNOU

23  LITA M. VERRIER
    Attorneys for Plaintiff

24  MAXIM INTEGRATED PRODUCTS,
    INC.

25

26  ///

27  ///

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5357070.1/LMV

- 2 -

**ORDER**

Pursuant to stipulation of the parties,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice with this Court retaining jurisdiction to enforce the Settlement Agreement, including Exhibits thereto, and the agreed-upon Permanent Injunction for a period of five (5) years.

The Clerk shall close this file.

Dated:  August 11, 2009

_____
JAMES WARE
United States District Judge

RC1/5357070.1/LMV

Stipulated Dismissal Pursuant to FRCP, rule
41(a)(1); [Proposed] Order
C09-00514 JW (PVT)

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose