**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD QUINTANA, individually, and doing business as MY-iBUTTON, LLC; MY-iBUTTON, LLC, a Limited Liability Company,<br><br>Defendants. | CASE NO.  C09-00514 JW (PVT)<br><br>[PROPOSED] ORDER FOR RELEASE OF UNDERTAKING DEPOSITED WITH COURT<br><br>Judge:  The Honorable James Ware |

In accordance with the Judgment and Order for Permanent Injunction by Agreement filed August 12, 2009 (Docket No. 44), and the Stipulated Dismissal Pursuant to Federal Rules of Civil Procedure, Rule 41(A), filed August 12, 2009 (Docket No. 45):

IT IS HEREBY ORDERED that the $40,000 undertaking deposited with this court on July 27, 2009, by Ropers, Majeski, Kohn & Bentley, counsel for Plaintiff Maxim Integrated Products, Inc., be returned to Ropers, Majeski, Kohn & Bentley, 50 W. San Fernando Street, #1400, San Jose, CA  95113, forthwith.

Dated:  August 28, 2009

_____
JAMES WARE
United States District Judge